| | |
|---|---|
| IN RE:<br>NUHSHAUMMIE ZENNA PRUITT,<br><br>DEBTOR.<br>_____/ | CHAPTER 13<br>CASE NO. 19-47530-MBM<br>JUDGE MARCI B. MCIVOR |

### TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED ON BEHALF OF DEARBORN TOTAL AUTOMOTIVE GRAND RIVER INC. (PACER CLAIM NO. 2-1)

**NOW COMES** the Chapter 13 Standing Trustee in this matter, David Wm. Ruskin, and objects to the Proof of Claim filed on behalf of Dearborn Total Automotive Grand River Inc. (PACER Claim No. 2-1), and in support thereof states as follows:

1. The proof of claim filed on behalf of Dearborn Total Automotive Grand River Inc. (PACER Claim No. 2-1), fails to attach **any** supporting documentation of its claim in contravention of F.R.Bankr.P. 3001(c) and/or (d).

**WHEREFORE**, the Chapter 13 Standing Trustee requests that this Honorable Court disallow the Proof of Claim filed on behalf of Dearborn Total Automotive Grand River Inc. (PACER Claim No. 2-1) on June 3, 2019, in its entirety, and grant any further and other relief as this Court deems equitable and just, including entering an Order absolving the Trustee from any duty to recoup disbursements previously made to Dearborn Total Automotive Grand River Inc..

                              OFFICE OF DAVID WM. RUSKIN,
                              STANDING CHAPTER 13 TRUSTEE

Dated: July 9, 2019      By: _____/s/ Lisa K. Mullen_____
                              LISA K. MULLEN (P55478)
                              THOMAS D. DECARLO (P65330)
                              Attorneys for Chapter 13 Trustee, David Wm. Ruskin
                              1100 Travelers Tower
                              26555 Evergreen Road
                              Southfield, MI 48076-4251
                              Telephone (248) 352-7755

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:                                              CHAPTER 13
NUHSHAUMMIE ZENNA PRUITT,           CASE NO. 19-47530-MBM
                                                          JUDGE MARCI B. MCIVOR
                                   DEBTOR.
_____/

**(PROPOSED)**
**ORDER DISALLOWING THE PROOF OF CLAIM FILED ON BEHALF OF**
**DEARBORN TOTAL AUTOMOTIVE GRAND RIVER INC. (PACER CLAIM NO. 2-1)**

       This matter came on for hearing upon the Objection to Proof of Claim filed by the Chapter 13 Standing Trustee pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

       IT IS HEREBY ORDERED that the Proof of Claim filed on behalf of Dearborn Total Automotive Grand River Inc. (PACER Claim No. 2-1) on June 3, 2019, in the amount of $15,756.81 is disallowed;

       IT IS HEREBY FURTHER ORDERED that to the extent that the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup the same.

EXHIBIT 1

Form B20B (Official Form 20B)
12/1/2010

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN RE:<br>NUHSHAUMMIE ZENNA PRUITT,<br><br>                       DEBTOR. | CHAPTER 13 Proceeding<br>CASE NO. 19-47530-MBM<br>JUDGE MARCI B. MCIVOR |

AKA or DBA (if any:
 Jazzys Ice Cream & Candy

Address(es):
15440 Archdale St.
Detroit, MI 48227-0000

Social Security Number(s):

Employer's Tax Identification (EIN) No(s). (if any):
_____/

**NOTICE OF OBJECTION TO CLAIM FILED ON BEHALF OF DEARBORN TOTAL AUTOMOTIVE GRAND RIVER INC.**
**(PACER CLAIM NO. 2-1)**

    The Chapter 13 Standing Trustee has filed an objection to your claim in this bankruptcy case.
 **Your claim may be reduced, modified, or disallowed.   You should read these papers carefully and discuss them with your attorney, if you have one.**
    If you do not want the court to deny or change your claim, then on or before August 22, 2019, you or your lawyer must:

        1.        File with the court a written response to the objection, explaining your position, at:

                U.S. Bankruptcy Court
                211 W. Fort Street, Suite 2100
                Detroit, MI 48226

        If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.  All attorneys are required to file pleadings electronically.

        You must also mail a copy to:

        Ardelean & Dunne Pllc, 29777 Telegraph Rd Ste 1630,  Southfield, MI 48034-0000
        David Wm. Ruskin, 26555 Evergreen Rd., Ste 1100, Southfield, MI  48076
        DEARBORN TOTAL AUTOMOTIVE GRAND RIVER INC., STRATTON LAW OFFICE, PO BOX 489, FARMINGTON, MI  48332

        2.        Attend the hearing on the objection, scheduled to be held on August 29, 2019, at 9:00 a.m., in Courtroom 1875, United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received.  A pre-trial scheduling order may be issued as a result of the pre-trial conference.)
    **If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

                        OFFICE OF DAVID WM. RUSKIN,
                        STANDING CHAPTER 13 TRUSTEE

Dated: July 9, 2019        By: \_\_\_/s/ Lisa K. Mullen\_\_
                                   LISA K. MULLEN (P55478)
                                   THOMAS D. DECARLO (P65330)
                                   Attorneys for Chapter 13 Trustee, David Wm. Ruskin
                                   1100 Travelers Tower
                                   26555 Evergreen Road
                                   Southfield, MI 48076-4251
                                   Telephone (248) 352-7755

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE:
Nuhshaummie Zenna Pruitt,
                DEBTOR.
_____/

CHAPTER 13
CASE NO. 19-47530-MBM
JUDGE MARCI B. MCIVOR

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED ON BEHALF OF DEARBORN TOTAL AUTOMOTIVE GRAND RIVER INC. (PACER CLAIM NO. 2-1)

      I hereby certify that on July 9, 2019, I electronically filed the Trustee's Objection to the Proof of Claim filed on behalf of Dearborn Total Automotive Grand River Inc. (PACER Claim No. 2-1) With (Proposed) Order Disallowing the Proof of Claim filed on behalf of Dearborn Total Automotive Grand River Inc. (PACER Claim No. 2-1), Notice of Objection to Claim filed on behalf of Dearborn Total Automotive Grand River Inc. (PACER Claim No. 2-1) and Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    The following parties were served electronically:

        ARDELEAN & DUNNE PLLC
        29777 Telegraph Rd Ste 1630
        SOUTHFIELD, MI  48034-0000

    The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

        NUHSHAUMMIE ZENNA PRUITT
        15440 ARCHDALE ST.
        DETROIT, MI  48227-0000

        DEARBORN TOTAL AUTOMOTIVE GRAND RIVER INC.
        STRATTON LAW OFFICE
        PO BOX 489
        FARMINGTON, MI  48332

        _____/s/ Jayme L. DePriest_____
        Jayme L. DePriest
        For the Office of David Wm. Ruskin,
        Chapter 13 Standing Trustee-Detroit
        1100 Travelers Tower
        26555 Evergreen Road
        Southfield, MI 48076-4251
        (248) 352-7755